IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANAL V. GASTON<br><br>Plaintiff,<br><br>v.<br><br>HARRIS COUNTY (GOVERNMENT), ET AL.<br><br>Defendant. | CASE NO. 3:11-CV-06676-NC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Barbara A. Callistien, whose business address and telephone number is

Harris County Attorney's Office, 1019 Congress, 15th Floor, Houston, Texas 77002, (713) 755-4885

and who is an active member in good standing of the bar of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Harris County & HCDA's Office

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 6, 2012

_Nathanael M. Cousins_
United States Magistrate Judge